[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 27, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-16276
Non-Argument Calendar
_____

D. C. Docket No. 99-00021-CR-ORL-22JGG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODERICK L. SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(September 27, 2007)**

Before BIRCH, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Peter Warren Kenny, appointed counsel for Roderick L. Smith, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Smith's revocation of supervised release and sentence are **AFFIRMED**.

The motion to appoint counsel is **DENIED AS MOOT**.